1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:16-CR-00054-DAD-BAM

                            Plaintiff,     STIPULATION AND [PROPOSED] PROTECTIVE
12                                         ORDER BETWEEN THE UNITED STATES AND
                    v.                     DEFENDANTS
13
    DELLA ORNELAS, and
14  RANDALL RUFF

15                          Defendants.

16

17        WHEREAS, the discovery in this case is expected to contain a large amount of proprietary,

18  personal and confidential information including, but not limited to, Social Security numbers, dates of

19  birth, telephone numbers, and residential addresses ("Protected Information"); and

20        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

21  unauthorized disclosure or dissemination of this information to anyone not a party to the court

22  proceedings in this matter;

23        The parties agree that entry of a stipulated protective order is appropriate.

24        Therefore, Defendants DELLA ORNELAS and RANDALL RUFF, by and through their counsel

25  of record ("Defense Counsel"), and the United States of America, by and through Assistant United

26  States Attorney Mark J. McKeon, hereby agree and stipulate as follows:

27        1.        This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

28  Criminal Procedure, and its general supervisory authority.

1    2.      This Order pertains to all discovery provided to or made available to Defense Counsel as

2   part of discovery in this case, and documents produced subsequent to the date of entry of this Order

3   (hereafter, collectively known as the "discovery").

4    3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

5   documents that contain Protected Information with anyone other than Defense Counsel attorneys,

6   designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view

7   unredacted documents in the presence of her attorney, defense investigators, and support staff.  The

8   parties agree that Defense Counsel, defense investigators, and support staff shall not allow the

9   Defendant to copy or maintain copies of Protected Information contained in the discovery.  The parties

10  agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with

11  copies of documents from which Protected Information has been redacted.

12   4.      The discovery and information therein may be used only in connection with the litigation

13  of this case and for no other purpose.  The discovery is now and will forever remain the property of the

14  United States of America ("Government").  Defense Counsel will return the discovery to the

15  Government or certify that it has been destroyed at the conclusion of the case.

16   5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to

17  ensure that it is not disclosed to third persons in violation of this agreement.

18   6.      Defense Counsel shall be responsible for advising the Defendant, employees, and other

19  members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

20   7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to

21  withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

22  this Order.

23        IT IS SO STIPULATED.

24  Dated:  April 20, 2016                              BENJAMIN B. WAGNER
                                                        United States Attorney
25

26                                              By:   /s/ MARK J. McKEON
                                                      MARK J. McKEON
27                                                    Assistant United States Attorney

28

1  Dated:  April 20, 2016                    By:  /s/ John Alan Meyer
2                                                 JOHN ALAN MEYER
                                                  Attorney for Defendant
3                                                 RANDALL RUFF

4  Dated:  April 20 2016                     By:  /s/ Megan Hopkins
5                                                 MEGAN HOPKINS
                                                  Attorney for Defendant
6                                                 DELLA ORNELAS

7

8  IT IS SO ORDERED.

9
     Dated:   **April 21, 2016**            /s/ Barbara A. McAuliffe
10                                          UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28